IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED AUG 1 4 2009 CLERK, U.S. DISTRICT COURT NORFOLK, VA

YANNE VENIERIS, PLAINTIFF

V.

Barack Hussein Obama
1600 Pennsylvania Avenue N.W., Washington D.C. 20500

Mr. Obama as acting President of the united states did in fact receive letters from me explaining the illegal actions performed by the former President George Bush before Mr. Obama became President now that Mr. Obama is President he continued to violate my rights as an American Citizen under the Constitution of the United States by continuing to allow numerous government agencies and different branches of the military to perform psychological and physical warfare deemed to be illegal under any circumstances on American soil especially on myself an American Citizen who was offered a position as under cover cop by the former President. Therefore I am suing for 50.000.000.000 in case I am assaniated by form of gasing. This law suit is for murder

*Yanne V.*

Yanne Venieris
1120 Willow Green Dr.
Newport News V.A- 23602
757-291-2625